**Order entered March 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00559-CR

**DONALD CAINE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-31232-Y**

## ORDER

The Court **ORDERS** court reporter Sharina Fowler to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 27, a CD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to court reporter Sharina Fowler, and to counsel for all parties.

/s/     DAVID EVANS
         JUSTICE